

IN THE
TENTH COURT OF APPEALS

No. 10-12-00190-CV

IN THE INTEREST OF C.M.K., A CHILD

From the 378th District Court
Ellis County, Texas
Trial Court No. 76,310-D

MEMORANDUM OPINION

Tania Kaechele appealed an adverse judgment rendered on February 24, 2012 regarding a request for modification of child support. A motion to dismiss her appeal has now been filed.

Kaechele's motion is granted. The appeal is dismissed. TEX. R. APP. P. 42.1(a)(1).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 27, 2012
[CV06]